UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO 06-11059 |
| | | CHAPTER 13 |
| NANCY D. MARCUM | : | JUDGE BURTON PERLMAN |
| DEBTOR | : | NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS |

    Comes now the Chapter 13 Trustee, Margaret A. Burks, and places unclaimed funds into the Registry Fund pursuant to 11 U.S.C Section 347(a) and Federal Rule of Bankruptcy Procedure 3011.

    The Trustee has made numerous attempts to contact the creditor. Final Report has been filed in this case. These Funds are now unclaimed.

| Check No. | Amount |
|---|---|
| 916626 | $0.54 |

Creditor(s)
Pulmonary Critical Care
1735 27th Street
Building C
Portsmouth, Ohio 45662

                                                  Respectfully submitted,

                                       /s/    Margaret A. Burks, Esq.
                                                  Margaret A. Burks, Esq.
                                                  Chapter 13 Trustee
                                                  Attorney No. OH 0030377

                                                  Francis J. DiCesare, Esq.
                                                  Staff Attorney
                                                  Attorney No. OH 0038798

                                                  Karolina F. Perr, Esq.
                                                  Staff Attorney
                                                  Attorney No. OH 0066193

                                                  600 Vine Street, Suite 2200
                                                  Cincinnati, OH 45202
                                                  (513) 621-4488
                                                  (513) 621 2643 (Facsimile)
                                                  mburks@cinn13.org - Correspondence only
                                                  fdicesare@cinn13.org
                                                  kperr@cinn13.org
                                                  cincinnati@cinn13.org - Court Filings

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Notice of Transmittal of Unclaimed Funds was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this day, March 24, 2010.

                                           /s/      Margaret A. Burks, Esq.
                                                      Margaret A. Burks, Esq.

| | |
|---|---|
| Pulmonary Critical Care<br>1735 27th Street<br>Building C<br>Portsmouth, Ohio 45662 | Debtor(s) Counsel<br>DEARFIELD, KRUER & CO., LLC<br>800 GALLIA STREET<br>SUITE 28<br>PORTSMOUTH, OH  45662 |
| Debtor(s)<br>NANCY D. MARCUM<br>120 MATHIOTT STREET<br>PORTSMOUTH, OH  45662 | U.S. TRUSTEE<br>36 EAST SEVENTH STREET, SUITE 2030<br>CINCINNATI, OHIO 45202<br>(service waived) |

Registry_Deposit_for_Creditor